# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL SHANE WILMOTH,**                                              **PETITIONER**
**ADC #105408**

**V.**                         **5:11-cv-00058-BSM-JJV**

**RAY HOBBS**                                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 30th day of June 2011.

                                                                    _/s/ Brian S. Miller_
                                                          UNITED STATES DISTRICT JUDGE